**Order filed, April 2, 2013.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-13-00149-CR
NO. 14-13-00150-CR
NO. 14-13-00156-CR
_____

**LARRLYON DESHUN WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause Numbers**
**10-DCR-054995A, 11-DCR-056930A, 10-DCR-054992A**

## ORDER

The reporter's records in these cases were due **March 26, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Elizabeth Wittu**, the official court reporter, to file the record in these appeals **within 30 days** of the date of this order.

PER CURIAM